**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

# 08 CV 00069

-------------------------------------------------------------X

**PARADISE PRODUCTS, CORP.,**                          :

               **Plaintiff,**            :

       - against -                          :

**SABLE & ROSENFELD FOODS, LTD.**                 :

             **Defendant.**            :

-------------------------------------------------------------X

Civil Action No.

COMPLAINT

JURY TRIAL DEMANDED

Plaintiff Paradise Products, Corp. (the "Plaintiff"), by its attorneys, Kane Kessler, P.C., as and for its complaint against defendant Sable & Rosenfeld Foods, Ltd. (the "Defendant") alleges as follows:

<u>The Parties</u>

1.     Plaintiff is a corporation organized and existing under the laws of the State of New York, with its principal place of business at 1080 Leggett Avenue, Bronx, New York 10474. Plaintiff is in the business of importing, processing and packing specialty foods in glass jars under packer and private label brands.

2.     Upon information and belief, Defendant is a limited liability company organized and existing under the laws of the Province of Ontario, with its principal place of business at 131 Avenue Road, Suite 200, Toronto, Ontario M5R 2H7. Defendant is in the business of selling gourmet food products.

#280561.1

**Jurisdiction and Venue**

3.      This Court has diversity jurisdiction over the claims in this action pursuant to 28 U.S.C. §1332, in that this action is entirely between a citizen of this State and a citizen of a foreign state and the amount in controversy exceeds $75,000, exclusive of interest and costs.

4.      Venue is proper in this district pursuant to 28 U.S.C. §1391 because, among other reasons, a substantial part of the events giving rise to the claim occurred in this district and the Defendant is subject to personal jurisdiction in this district.

**AS AND FOR A FIRST CAUSE OF ACTION**
**(Breach of a Contract)**

5.      Plaintiff repeats and realleges each and every allegation set forth in paragraphs 1 through 4 above, as if fully set forth herein.

6.      In or about January 2007, the parties entered into an agreement at 1080 Leggett Avenue, Bronx, New York, wherein Plaintiff promised to package Defendant's private brand products and ship them to Defendant's warehouse and customers in the United States and Defendant promised to promptly pay Plaintiff for such services.

7.      Pursuant to their agreement, Plaintiff began performing services for Defendant, for which Plaintiff made payments, without any complaints or dissatisfaction.

8.      On October 10, 2007, Plaintiff advised Defendant that it would not be able to accept orders for 2008 due to unforeseen financial circumstances, which has caused it to close down its business.

9.      Defendant requested that, despite Plaintiff's financial problems, Plaintiff fulfill all of Defendant's orders for 2007, so that Defendant would have time to find another company to handle its 2008 packaging needs.

#280561.1

10.    Plaintiff agreed to meet Defendant's packaging needs through 2007, with the express agreement that Defendant would pay Plaintiff within thirty (30) days of receipt of its invoices.

11.    In fact, Defendant's principal specifically promised that Plaintiff would receive payment within the agreed net thirty (30) days.

12.    On October 17, 2007, Defendant placed its orders for the remainder of 2007.

13.    In reliance on Defendant's promise of prompt payment, Plaintiff prepared 11,968 cases for Plaintiff in October and November 2007.

14.    On October 8, 2007, invoice No. 126329, in the amount of $44,510.28 was sent to Defendant.

15.    On October 18, 2007, invoice No. 126408, in the amount of $62,460.00 was sent to Defendant.

16.    On October 22, 2007, invoice No. 126421, in the amount of $24,182.80 was sent to Defendant.

17.    On October 23, 2007, invoice No. 126441, in the amount of $30,356.00 was sent to Defendant.

18.    On December 9, 2007, invoices Nos. 126512 and 126517 in the respective amounts of $25,013.40 and $28,885.80 were sent to Defendant.

19.    On November 9, 2007, after not receiving payment for invoice No. 126329, Plaintiff contacted Defendant to request immediate wire transfer of the funds.

20.    Defendant did not object to invoice No. 126329 during the November 9, 2007 discussion. Rather, Defendant promised that full payment would be made on November 12, 2007.

21.      On November 15, 2007, after not receiving payment as promised, Plaintiff attempted to reach Defendant's principal again, but was informed that she was out of the office.

22.      As such, on November 15, 2007, Plaintiff sent Defendant an email requesting immediate payment of the $44,510.28 for Invoice No. 126329 and reminding Defendant that invoice No. 126408, in the amount of $62,460.00 would be due by November 18, 2007, invoice No. 126421, in the amount of $24,182.80 would be due by November 22, 2007, and invoice No. 126441, in the amount of $30,356.00 would be due by November 23, 2007.

23.      On December 9, 2007, invoices Nos. 126512 and 126517 in the respective amounts of $25,013.40 and $28,885.80 became due and owing.

24.      On November 16, 2007, Plaintiff received a letter from Defendant, claiming for the first time that it was "damaged" by Plaintiff's inability to service it in the coming year and stating that Defendant would deduct those alleged "damages" from the amounts it undisputedly owed Plaintiff for the services which it performed and which Defendant accepted.

25.      To date, despite due demand therefor, Defendant has failed and refused to pay Plaintiff for the services it rendered.

26.      In performing its duties as packer, Plaintiff at all times acted with the assent, knowledge and acquiescence of Defendant and Defendant accepted the services which Plaintiff offered to it without objection or complaint.

27.      Plaintiff has performed all of its obligations required by it under the parties' agreement.

28.      Defendant's failure to pay for Plaintiff's services constitutes a breach of contract.

29.      By reason of the foregoing, Plaintiff has been damaged in the amount of $215.408.28, plus interest.

## SECOND CAUSE OF ACTION
### (Account Stated)

30.     Plaintiff repeats and realleges each and every allegation set forth in paragraphs 1 through 29 above, as if fully set forth herein.

31.     Commencing in or around October 2007 and continuing through November 2007, Plaintiff issued invoices to Defendant in the total amount of $215,408.28 in connection with the services that it provided to Defendant, which invoices were not disputed by Defendant.

32.     The following summarizes the unpaid and outstanding amounts for services provided to Defendant and accepted by Defendant:

| Invoice No. | Amount | Due Date |
|---|---|---|
| 126329 | $44,510.28 | 8-Nov-07 |
| 126408 | $62,460.00 | 18-Nov-07 |
| 126421 | $24,182.80 | 22-Nov-07 |
| 126441 | $30,356.00 | 23-Nov-07 |
| 126512 | $25,013.40 | 09-Dec-07 |
| 126517 | $28,885.80 | 09-Dec-07 |
| **TOTAL:** | **$215,408.28** | |

The invoices reflected above are collectively annexed as Exhibit "A" hereto.

33.     Plaintiff advised Defendant on several occasions that the aforementioned invoices were outstanding and requested immediate payment.

34.     Defendant did not object to the account stated, the invoices, the reasonableness of the amounts, or the demands for payment.

35.     Notwithstanding the above, Defendant has failed and refused to make payment to Plaintiff on the account stated by the unpaid invoices set forth above and has otherwise failed

and refused to pay for the services provided to Defendant by Plaintiff or the expenses incurred as a result thereof.

36.     By reason of the foregoing account stated, Plaintiff is entitled to damages against Defendant in the amount of $215,408.28, plus interest.

## THIRD CAUSE OF ACTION
### (Unjust enrichment)

37.     Plaintiff repeats and realleges each and every allegation set forth in paragraphs 1 through 36 above, as if fully set forth herein.

38.     Defendant received a benefit as a result of the services which Plaintiff provided.

39.     Defendant has failed and refused to pay for the reasonable value of such services, despite due demand therefor and, consequently, Defendant has been unjustly enriched in the amount of $215.408.28, plus interest.

**WHEREFORE,** Plaintiff Paradise Products, Corp. demands judgment against Defendant Sable & Rosenfeld Foods, Ltd. as follows:

(a)     on the First Cause of Action, damages in the amount of $215.408.28 plus interest;

(b)     on the Second Cause of Action, damages in the amount of $215.408.28, plus interest;

(c)     on the Third Cause of Action, damages in the amount of $215.408.28, plus interest; and,

(d)     on all causes of action, such other, further and different relief as to the Court seems just and proper.

Dated: New York, New York
        January 4, 2008

**KANE KESSLER, P.C.**

By: _____
    Jeffrey H. Daichman (JD-8802)
    Gillian Overland (GO-7300)
Attorneys for Plaintiff
1350 Avenue of the Americas
New York, New York 10019
(212) 541-6222

# EXHIBIT A

ALPHA FILE COPY

# Paradise PRODUCTS CORP.
### IMPORTERS and PACKERS

1080 LEGGETT AVENUE · BRONX, NY 10474

WEBSITE: www.paradiseproductscorp.com · PHONE: (718) 378-3554 · TOLL FREE: (800) 826-1235 · FAX: (718) 378-3521

Page # 1

| CUST. NO. | YOUR ORDER NO. | SHIPPED VIA | SALESMAN | TERMS | INVOICE DATE | INVOICE NUMBER |
|---|---|---|---|---|---|---|
| 112612 | 1002/2007 | PICK UP | AML SA | NET 30 DAYS | 10/08/07 | 126329 |

**FROM:** SAELE & ROSENFELD FOODS, LTD.
131 AVENUE ROAD, SUITE 200
TORONTO, ONTARIO M5R 2H7
CANADA

**ORDER:** 12304

Telephone 416-920-4914

**SHIP TO:** CBS
8400 INDUSTRIAL BLVD
BREINIGSVILLE, PA 18031
GREG SAMUELS

Telephone 610-336-0500

| NUMBER SHIPPED | ITEM NUMBER | SHIP/BRAND | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| 554 | IT-10212 | | 12/2.5 OZ. STUFFED QUEEN OLIVES IN VERMOUTH | 10.08 | 5,504.32 |
| 193 | IT-40112 | | 12/25 OZ. DOUBLE MARTINI ONIONS IN VERMOUTH 21/23 KM | 7.32 | 1,412.76 |
| 1,118 | IT-46812 | | 12/10 OZ. STUFFED QUEEN OLIVES IN VERMOUTH 80/90 | 23.60 | 26,384.40 |
| 338 | IT-44912 | | 12/490 mL STUFFED QUEEN OLIVES IN VERMOUTH 80/90 | 25.60 | 8,668.80 |
| | | | ORDER WAS PICKED UP ON - 10/05/2007 | | |

| | | | |
|---|---|---|---|
| **TOTAL SHIP** 2,203 | **Weight** 30,148.00 | **Invoice Net Amount** | 44,510.28 |
| | | **Freight** | 0.00 |
| | | **Invoice Total** | 44,510.28 |

WE ARE NOT RESPONSIBLE FOR LOSS OR DAMAGE TO MERCHANDISE AFTER IT HAS BEEN RECEIVED FOR IN GOOD ORDER BY THE CARRIER. NO CLAIMS ALLOWED UNLESS MADE WITHIN FIVE DAYS AFTER RECEIPT OF GOODS. GOODS SHIPPED AT PURCHASER'S RISK WITHOUT INSURANCE. SELLER REPRESENTS THAT WITH RESPECT TO THE PRODUCTION OF THE ARTICLES AND OR THE PERFORMANCE OF SERVICES COVERED BY THIS INVOICE, IT HAS FULLY COMPLIED WITH SECTION 12(A) OF THE FAIR LABOR STANDARD ACT OF 1938, AS AMENDED. 1 1/2% INTEREST OR $1.50 MONTHLY MINIMUM WILL BE CHARGED ON PAST DUE AMOUNTS.

SHIPPING ORDER

# *Paradise* IMPORTERS AND PACKERS PRODUCTS CORP.

ORDER # 122304.

Page # 1

1080 LEGGETT AVENUE • BRONX, NY 10474

WWW.PARADISEPRODUCTSCORP.COM • PHONE: (718) 378-3554 • TOLL FREE: (800) 826-1235 • FAX: (718) 378-3521

PICKER

| ORDER DATE | CUST. NO | YOUR ORDER NO. | SHIP VIA | SALESMAN | SHIP DATE |
|---|---|---|---|---|---|
| 07/25/07 | 112612 | | PICK UP | AML-SA | 07/25/07 |

SOLD TO
SABLE & ROSENFELD FOODS, LTD.
131 AVENUE ROAD, SUITE 200
TORONTO, ONTARIO M5R 2H7
CANADA
**Telephone:** 416-929-4214

SHIP TO
CDS
84400 INDUSTRIAL BLVD
BREININGSVILLE, PA 18031
GREG SAMUELS
**Telephone:** 610-336-0500

| QUANTITY ORDERED | QUANTITY SHIPPED | STOCK NUMBER | DESCRIPTION | SUGGESTED RETAIL PRICE |
|---|---|---|---|---|
| | | | **TIPSY BRAND** | |
| 336 | | TI-46912 | 12/490 mL STUFFED QUEEN OLIVES IN VERMOUTH 80/90 ✓ | |
| | | | UPC#0-69702-90011-7 CARTON BARCODE#1-00-49702-90011-4 | |
| | | | USE SABLE & ROSENFELD BLACK CAPS 82MM. 16 OZ REF JAR. | |
| | | | APPLY LABEL 1.00" FROM BOTTOM. PALLET TI X HI = 14 X 8 = 112 CASES. | |
| 1,118 | | TI-46812 | 12/10 OZ. STUFFED QUEEN OLIVES IN VERMOUTH 80/90 ✓ | |
| | | | UPC#0-49702-90011-7. CARTON BARCODE#1-00-49702-90011-4. | |
| | | | USE SABLE & ROSENFELD BLACK CAPS 82MM. 16 OZ. REF JAR. | |
| | | | APPLY LABEL 1.00" FROM BOTTOM. PALLET TI X HI = 14 X 8 = 112 CASES | |
| 193 | | TI-40112 | 12/2.5 OZ DOUBLE MARTINI ONIONS IN VERMOUTH 21/23 MM ✓ | |
| | | | UPC#0-69702-40000-6 BARCODE#1-00-49702-40000-3 | |
| | | | USE SABLE & ROSENFELD BLACK CAPS 48MM. 125 mL JAR. | |
| 554 | | TI-10212 | 12/2.5 OZ. STUFFED QUEEN OLIVES IN VERMOUTH ✓ | |
| | | | UPC#0-69702-20000-2. BARCODE#1-00-49702-20000-9. | |
| | | | USE SABLE & ROSENFELD BLACK CAPS 48MM. 125 mL JAR. | |
| 2,201 | | | **TOTAL CASES** | |
| | | | **TOTAL WEIGHT:**   32,148 | |
| | | | THIS ORDER IS A PICK UP. PLEASE CALL CLIENT WHEN ORDER IS READY TO BE PICKED UP. | |
| | | | ON THE PALLETS OF 12/490 ST. Q. IN VERMOUT PUT A SIGN: "MUST BE PUT ON HOLD" | |

~ PINNACLE ~

TRUCK LICENSE _____ NO. PIECES _____ SIGNATURE _____

10/5/07

WE ARE NOT RESPONSIBLE FOR LOSS OR DAMAGE TO MERCHANDISE AFTER IT HAS BEEN RECEIPTED FOR IN GOOD ORDER BY THE CARRIER. NO CLAIMS ALLOWED UNLESS MADE WIT FIVE DAYS AFTER RECEIPT OF GOODS. GOOD'S SHIPPED AT PURCHASER'S RISK WITHOUT INSURANCE. SELLER REPRESENTS THAT WITH RESPECT TO THE PRODUCTION OF THE ARTICLE AND/OR THE PERFORMANCE OF THE SERVICES COVERED BY THIS INVOICE, IT HAS FULLY COMPLIED WITH SECTION 12 (A) OF THE FAIR LABOR STANDARDS ACT OF 1938. AS AMENDED.

FACTORY COPY

ALPHA FILE COPY

# Paradise PRODUCTS CORP.
## IMPORTERS and PACKERS

WEBSITE: www.paradiseproducts.com • PHONE: (718) 378-3554 • TOLL FREE: (800) 826-1235 • FAX: (718) 378-3521
1080 LEGGETT AVENUE • BRONX, NY 10474

Page #    1

| CUST. NO. | YOUR ORDER NO. | SHIPPED VIA | SALESMAN | TERMS | INVOICE DATE | INVOICE NUMBER |
|---|---|---|---|---|---|---|
| 1136l2 | 10172007 | PICK UP | AMT-SA | NET 30 DAYS | 10/18/07 | 126408 |

**FROM**
SABLE & ROSENFELD FOODS, LTD.
131 AVENUE ROAD, SUITE 200
TORONTO, ONTARIO M5R 2H7
CANADA

**ORDER**
t22666

**SHIP TO**
CDS
700 NESTLE WAY, SUITE 100
BREINIGSVILLE, PA 18031
GREG SAMUELS

| QUANTITY SHIPPED | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| | | Telephone: 416-929-4214 | | |
| | | | Telephone: 610-336-6900 | |
| | | TIPSY BRAND | | |
| 2,700 | TL-06212 | 12.5 OZ. STUFFED QUEEN OLIVES IN VERMOUTH 80/80 | 18.60 | 50,220.00 |
| 1,200 | TL-62312 | 12/1 OZ. DOUBLE MARTINI ONIONS IN VERMOUTH 12/12 MIX | 10.20 | 12,240.00 |
| | | ORDER WAS PICKED UP ON - 10/17/2007. | | |
| | | | | |
| 3,900 | | **TOTAL SHIP** | | |
| | | Weight | 46,800.00 | |
| | | Invoice Net Amount | | 62,460.00 |
| | | Freight | | 0.00 |
| | | **Invoice Total** | | 62,460.00 |

WE ARE NOT RESPONSIBLE FOR LOSS OR DAMAGE TO MERCHANDISE AFTER IT HAS BEEN DELIVERED IN GOOD ORDER BY THE CARRIER. NO CLAIMS ALLOWED UNLESS MADE WITHIN FIVE DAYS AFTER RECEIPT OF GOODS. GOODS SHIPPED AT PURCHASER'S RISK WITHOUT INSURANCE. ALL REPRESENTS THAT WITH RESPECT TO THE PRODUCTION OF THE ARTICLES AND/OR THE PERFORMANCE OF SERVICE COVERED BY THIS INVOICE, IT HAS FULLY COMPLIED WITH SECTION 12(A) OF THE FAIR LABOR STANDARD ACT OF 1938. AS AMENDED. 1 1/2% INTEREST PER MONTH (18% PER ANNUM) WILL BE CHARGED ON PAST DUE AMOUNTS

SHIPPING ORDER

# *Paradise* IMPORTERS AND PACKERS PRODUCTS CORP.

**1080 LEGGETT AVENUE • BRONX, NY 10474**

WWW.PARADISEPRODUCTSCORP.COM • PHONE: (718) 378-3554 • TOLL FREE: (800) 826-1235 • FAX: (718) 378-3521

ORDER # 122665    Page # 1

| ORDER DATE | CUST. NO | YOUR ORDER NO. | SHIP VIA | SALESMAN | SHIP DATE | PICKER |
|---|---|---|---|---|---|---|
| 10/17/07 | 112612 | 10172007 | PICK UP | AMI-SA | 10/17/07 | |

SOLD TO:
SABLE & ROSENFELD FOODS, LTD.
131 AVENUE ROAD, SUITE 200
TORONTO, ONTARIO M5R 2H7
CANADA
Telephone: 416-929-4214

SHIP TO
CDS
700 NESTLE WAY, SUITE 100
BREINIGSVILLE, PA 18031
GREG SAMUELS
Telephone: 610-336-0500

| QUANTITY ORDERED | SHIPPED | STOCK NUMBER | DESCRIPTION | SUGGESTED RETAIL PRICE |
|---|---|---|---|---|
| 2,700 | | TI-04212 | **TIPSY BRAND** 12/5 OZ. STUFFED QUEEN OLIVES IN VERMOUTH 80/90 | |
| | | | UPC#0-69702-90014-3 CARTON BARCODE#1-00-69702-90014-3 | |
| | | | USE SABLE & ROSENFELD BLACK CAPS 53MM. 8 OZ. PARAGON JARS. | |
| | | | APPLY LABEL 1" FROM BOTTOM PALLET 11X HI = 25 X 6 = 150 CASES. | |
| 1,200 | | TI-42312 | 12/5 OZ DOUBLE MARTINI ONIONS IN VERMOUTH 21/23 MM | |
| | | | UPC#0-69702-90015-3 CARTON BARCODE#1-00-69702-90015-2 | |
| | | | USE SABLE & ROSENFELD BLACK CAPS 53MM. 8 OZ. PARAGON JAR. | |
| | | | APPLY LABEL 1" FROM BOTTOM PALLET 11X HI = 25 X 6 = 150 CASES. | |
| 3,900 | | | TOTAL CASES        TOTAL WEIGHT:    46,800 | |
| | | | PICK UP EXPECTED ON - 10/17/2007. | |
| | | | CUSTOMER MUST CALL TO CONFIRM PICK UP DATE. | |

TRUCK LICENSE  A7.9638  N-J    # 701 98

NO. PIECES 3,900    SIGNATURE  10-19-07  Pinacle Taylor Taylor

FACTORY COPY

WE ARE NOT RESPONSIBLE FOR LOSS OR DAMAGE TO MERCHANDISE AFTER IT HAS BEEN RECEIPTED FOR IN GOOD ORDER BY THE CARRIER. NO CLAIMS ALLOWED UNLESS MADE WITHIN FIVE DAYS. GOODS SHIPPED AT PURCHASER'S RISK WITHOUT INSURANCE. SELLER REPRESENTS THAT WITH RESPECT TO THE PRODUCTION OF THE MERCHANDISE AND/OR THE PERFORMANCE OF THE SERVICES COVERED BY THIS INVOICE, IT HAS FULLY COMPLIED WITH SECTION 12 (A) OF THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

ALPHA FILE COPY

# Paradise PRODUCTS CORP.
## IMPORTERS and PACKERS

WEBSITE: www.paradiseproductscorp.com · PHONE (718) 378-3554 · TOLL FREE: (800) 826-1235 · FAX (718) 378-3551

1080 LEGGETT AVENUE · BRONX, NY 10474

Page # 1

| CUST NO. | YOUR ORDER NO. | SHIPPED VIA | SALESMAN | TERMS | INVOICE DATE | INVOICE NUMBER |
|---|---|---|---|---|---|---|
| 112612 | 10172007 | PICK UP | AML-SA | NET 30 DAYS | 10/22/07 | 126942 |
| ORDER 122687 | | | | | | |

**FROM:**
SABLE & ROSENFELD FOODS, LTD.
131 AVENUE ROAD, SUITE 200
TORONTO, ONTARIO M5R 2E7
CANADA
Telephone 416-920-4414

**SHIP TO:**
CDS
700 NESTLE WAY, SUITE 100
BREINIGSVILLE, PA 18031
GREG SAMUELS
Telephone 610-336-0500

| QUANTITY SHIPPED | STOCK NUMBER | FIRST BRAND / DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 151 | TT-19066 | 6/5 OZ. LEMON STUFFED QUEEN OLIVES IN GIN | 11.20 | 1,691.20 |
| 723 | TT-19612 | 12/5 OZ LEMON STUFFED QUEEN OLIVES IN GIN | 20.80 | 15,038.40 |
| 300 | TT-23012 | 12/8 OZ. RED MARASCHINO CHERRY W/STEM XL IN WHISKEY | 14.16 | 4,248.00 |
| 156 | TT-23312 | 12/255 mL RED MARASCHINO CHERRY W/STEM XL IN WHISKEY | 14.16 | 2,124.00 |
| 106 | TT-43212 | 12/5 OZ. DOUBLE MARTINI ONIONS IN VERMOUTH 21/23 MM | 10.20 | 1,081.20 |
| | | ORDER WAS PICKED UP ON 10/22/2007 BY PINNACLE TRUCKING | | |

**TOTAL SHIP** 1,436
Weight 13,464.00

Invoice Total 24,182.80
Invoice Net Amount 24,182.80
Freight 0.00

WE ARE NOT RESPONSIBLE FOR LOSS OR DAMAGE TO MERCHANDISE AFTER IT HAS ... GOODS SHIPPED AT PURCHASER'S RISK WITHOUT INSURANCE. ... THIS INVOICE ... IT HAS FULLY COMPLIED WITH SECTION 12(A) OF THE FAIR LABOR STANDARD ACT OF 1938, AS AMENDED ... MONTH (18% PER ANNUM) WILL BE CHARGED ON PAST DUE AMOUNTS.

SHIPPING ORDER

# Paradise. PRODUCTS CORP.
## IMPORTERS AND PACKERS

1080 LEGGETT AVENUE • BRONX, NY 10474

WWW.PARADISEPRODUCTSCORP.COM • PHONE: (718) 378-3554 • TOLL FREE: (800) 826-1235 • FAX: (718) 378-3521

| ORDER DATE | CUST. NO | YOUR ORDER NO. | SHIP VIA | SALESMAN | SHIP DATE | PICKED |
|---|---|---|---|---|---|---|
| 10/17/07 | 112612 | 10172007 | PICK UP | AML-SA | 10/17/07 | |

ORDER # 122657
Page # 1

S O L D T O
SABLE & ROSENFELD FOODS, LTD.
131 AVENUE ROAD, SUITE 200
TORONTO, ONTARIO M5R 2H7
CANADA
Telephone: 416-929-4214

SHIP TO
CDS
700 NESTLE WAY, SUITE 100
BRENINGSVILLE, PA 18031
GREG SAMUELS
Telephone: 610-336-0500

| QUANTITY ORDERED | SHIPPED | STOCK NUMBER | DESCRIPTION | SUGGESTED RETAIL PRICE |
|---|---|---|---|---|
| | | | TIPSY BRAND | |
| 724 | 723 | TI-19612 | 12/5 OZ. LEMON STUFFED QUEEN OLIVES IN GIN | |
| | | | UPC# 0-69702-90024-7. CARTON BARCODE# 1-00-69702-90024-4 | |
| | | | USE SABLE & ROSENFELD BLACK CAPS 33MM. 8 OZ. PARAGON JARS. | |
| | | | APPLY LABEL 1.5" FROM BOTTOM. PALLET TI X HI = 25 X 6 = 150 CASES. | |
| 150 | 151 | TI-19606 | 6/5 OZ. LEMON STUFFED QUEEN OLIVES IN GIN | |
| | | | UPC# 0-69702-90024-7. CARTON BARCODE# 2-00-69702-90024-1. | |
| | | | USE SABLE & ROSENFELD BLACK CAPS 33MM. 8 OZ. PARAGON JARS. | |
| | | | APPLY LABEL 1.5" FROM BOTTOM. PALLET TI X HI = 50 X 6 = 300 CASES. | |
| 150 | | TI-23312 | 12/255 mL RED MARASCHINO CHERRY W/STEM XL IN WHISKEY | |
| | | | UPC# 0-69702-00009-1. BARCODE# 2-00-69702-00009-5. | |
| | | | USE SABLE & ROSENFELD BLACK CAPS 33MM. 8 OZ. PARAGON JAR. | |
| | | | APPLY LABEL 1.5" FROM BOTTOM. PALLET TI X HI = 25 X 6 = 150 CASES. | |
| 300 | | TI-23012 | 12/9 OZ. RED MARASCHINO CHERRY W/STEM XL IN WHISKEY | |
| | | | UPC# 0-69702-00009-1. BARCODE# 1-00-69702-00009-8. | |
| | | | USE SABLE & ROSENFELD BLACK CAPS 33MM. 8 OZ. PARAGON JAR. | |
| | | | APPLY LABEL 1.5" FROM BOTTOM. PALLET TI X HI = 25 X 6 = 150 CASES. | |
| 106 | | TI-42312 | 12/5 OZ. DOUBLE MARTINI ONIONS IN VERMOUTH 21/23 MM | |
| | | | UPC# 0-69702-90013-3. CARTON BARCODE# 1-00-69702-90013-2. | |
| | | | USE SABLE & ROSENFELD BLACK CAPS 33MM. 8 OZ. PARAGON JAR. | |
| | | | APPLY LABEL 1.5" FROM BOTTOM. PALLET TI X HI = 25 X 6 = 150 CASES. | |
| 1,430 | | | TOTAL CASES | |
| | | | TOTAL WEIGHT: 18,484 | |

10-22-07

PICK UP EXPECTED ON THE WEEK OF 10/15/2007
CUSTOMER MUST CALL TO CONFIRM PICK UP DATE.

TRUCK LICENSE Adj-963B
N-J

NO. PIECES 1,430

Pinnacle
Troyer
Tryon

SIGNATURE
FACTORY COPY

WE ARE NOT RESPONSIBLE FOR LOSS OR DAMAGE TO MERCHANDISE AFTER IT HAS BEEN RECEIPTED FOR IN GOOD ORDER BY THE CARRIER. NO CLAIMS ALLOWED UNLESS MADE WITH THE FIVE DAYS AFTER DELIVERY. SHORTAGES CLAIMED MUST BE ACCOMPANIED BY CARRIER'S RECEIPT. ALL GOODS SHIPPED AT PURCHASER'S RISK WITHOUT INSURANCE, REPRESENTS THAT WITH RESPECT TO THE PRODUCTION OF THE ARTICLE AND/OR THE PERFORMANCE OF THE SERVICES COVERED BY THIS INVOICE, IT HAS FULLY COMPLIED WITH SECTION 12 (A) OF THE FAIR LABOR STANDARDS ACT OF 1938. AS AMENDED.

#410496

ALPHA FILE COPY

## Paradise IMPORTERS and PACKERS PRODUCTS CORP.

WEBSITE: www.paradiseproductscorp.com • PHONE: (718) 378-3554 • TOLL FREE: (800) 826-1235 • FAX: (718) 378-3521

1080 LEGGETT AVENUE • BRONX, NY 10474

Page # 1

| CUST NO. | YOUR ORDER NO. | SHIPPED VIA | SALESMAN | TERMS | INVOICE DATE | INVOICE NUMBER |
|---|---|---|---|---|---|---|
| 112612 | 10/22/2007 | PICK UP | AMI-SA | NET 30 DAYS | 10/23/07 | 126441 |

FROM: SARLE & ROSENFELD FOODS, LTD.
131 AVENUE ROAD, SUITE 200
TORONTO, ONTARIO M5R 2H7
CANADA

ORDER: 126689

SHIP TO: CDS
700 NESTLE WAY, SUITE 100
BREININGSVILLE, PA. 18031
GREG SAMUELS

Telephone: 416-920-4214

Telephone: 610-336-0500

| QTY SHIPPED | STOCK NUMBER | HOST BRAND DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 34 | IT44CAPS | 1/1 CARTON OF 44/4/6 CAPS
SARLE & ROSENFELD PREPRINTED BLACK MATTE CAPS
2700 CAPS IN CASE | 140.00 | 4,960.00 |
| 40 | IT-53CAPS | 1/1 CARTON OF 53/4/4 CAPS
SARLE & ROSENFELD PREPRINTED BLACK MATTE CAPS
2000 CAPS PER CARTON | 113.00 | 4,520.00 |
| 275 | IT-89CAPS | 1/1 CARTON OF 89/4/4 CAPS
SARLE & ROSENFELD PREPRINTED BLACK MATTE CAPS
763 CAPS PER CARTON | 78.00 | 21,450.00 |
| | | ORDER WAS PICKED UP ON 10/22/2007 | | |
| 349 | TOTAL SHIP | Weight  10,470.00 | | |
| | | Invoice Net Amount | | 30,356.00 |
| | | Freight | | 0.00 |
| | | Invoice Total | | 30,356.00 |

WE ARE NOT RESPONSIBLE FOR LOSS OR DAMAGE TO MERCHANDISE AFTER IT HAS BEEN DELIVERED FOR IN GOOD ORDER BY THE CARRIER. NO CLAIMS ALLOWED UNLESS MADE WITHIN FIVE DAYS AFTER RECEIPT OF GOODS. GOODS SHIPPED AT PURCHASER'S RISK WITHOUT INSURANCE. SELLER REPRESENTS THAT WITH RESPECT TO THE PRODUCTION OF THE ARTICLES AND OR THE PERFORMANCE OF THE SERVICES COVERED BY THIS INVOICE, IT HAS FULLY COMPLIED WITH SECTION 12(A) OF THE FAIR LABOR STANDARD ACT OF 1938. AS AMENDED 1 1/2% INTEREST PER MONTH, 18% PER ANNUM, WILL BE CHARGED ON PAST DUE AMOUNTS.

SHIPPING ORDER

# Paradise. PRODUCTS CORP.

## IMPORTERS AND PACKERS

Page # 1

ORDER # 122689

1080 LEGGETT AVENUE • BRONX, NY 10474

WWW.PARADISEPRODUCTSCORP.COM • PHONE: (718) 378-3554 • TOLL FREE: (800) 826-1235 • FAX: (718) 378-3521

| ORDER DATE | CUST. NO. | YOUR ORDER NO. | SHIP VIA | SALESMAN | SHIP DATE |
|---|---|---|---|---|---|
| 10/22/07 | 1112612 | 10222007 | PICK UP | AML_SA | 10/22/07 |

SOLD TO
SABLE & ROSENFELD FOODS, LTD.
131 AVENUE ROAD, SUITE 200
TORONTO, ONTARIO M5R 2H7
CANADA
**Telephone:** 416-929-4214

SHIP TO
CDS
700 NESTLE WAY, SUITE 100
BRENINGSVILLE, PA 18031
GREG SAMUELS
**Telephone:** 610-336-0500

| QUANTITY ORDERED | SHIPPED | STOCK NUMBER | DESCRIPTION | SUGGESTED RETAIL PRICE |
|---|---|---|---|---|
| 34 | | TI-48CAP | TIPSY BRAND 1/1 CARTON OF 48MM CAPS SABLE & ROSENFELD PREPRINTED BLACK MATTE CAPS. 2700 CAPS IN CASE. | |
| 40 | | TI-53CAP | 1/1 CARTON OF 53MM CAPS SABLE & ROSENFELD PREPRINTED BLACK MATTE CAPS. 2000 CAPS PER CARTON. | |
| 275 | | TI-82CAP | 1/1 CARTON OF 82MM CAPS SABLE & ROSENFELD PREPRINTED BLACK MATTE CAPS. 750 CAPS PER CARTON. | |
| 349 | | | TOTAL CASES      TOTAL WEIGHT:    10,470 | |
| | | | PICK UP EXPECTED ON : 10/22/2007. CUSTOMER MUST CALL TO CONFIRM PICK UP DATE. | |

10·22·07

Pinnacle
Taylor
10/23

_____ SIGNATURE
FACTORY COPY

NO. PIECES 340

TRUCK LICENSE AO 963 B  N.J

#40496

WE ARE NOT RESPONSIBLE FOR LOSS OR DAMAGE TO MERCHANDISE AFTER IT HAS BEEN RECEIPTED FOR IN GOOD ORDER BY THE CARRIER. NO CLAIMS ALLOWED UNLESS MADE WITHIN FIVE DAYS AFTER RECEIPT OF GOODS. GOOD'S SHIPPED AT PURCHASER'S RISK WITHOUT INSURANCE. SELLER REPRESENTS THAT WITH RESPECT TO THE PRODUCTION OF THE ARTICLE AND/OR THE PERFORMANCE OF THE SERVICES COVERED BY THIS INVOICE, IT HAS FULLY COMPLIED WITH SECTION 12 (A) OF THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

ALPHA FILE COPY

# Paradise PRODUCTS CORP.

**IMPORTERS and PACKERS**

1080 LEGGETT AVENUE • BRONX, NY 10474
WEBSITE: www.paradiseproductscorp.com • PHONE: (718) 378-3554 • TOLL FREE: (800) 826-1235 • FAX: (718) 378-3521

Page # 1

| CUST. NO. | YOUR ORDER NO. | SHIPPED VIA | SALESMAN | TERMS | INVOICE DATE | INVOICE NUMBER |
|---|---|---|---|---|---|---|
| 122612 | 11/02/2007 | PICK UP | AXEL SA | NET 30 DAYS | 11/09/07 | 126512 |

**FROM**
SABLE & ROSENFELD FOODS, LTD.
111 AVENUE ROAD, SUITE 200
TORONTO, ONTARIO M5R 3H7
CANADA

**SHIP TO:**
CDS
700 NESTLE WAY, SUITE 100
BREINGSVILLE, PA 18031
GREG SAMUELS

Telephone: 1-800-PARADISE

| QUANTITY SHIPPED | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| | | **TEST BRAND** | | |
| 150 | TT-04112 | 12/32 oz STUFFED QUEEN OLIVES IN VERMOUTH 80/90 | 18.60 | 2,790.00 |
| 238 | TT-04206 | 6/1 OZ STUFFED QUEEN OLIVES IN VERMOUTH 80/90 | 10.00 | 2,380.00 |
| 132 | TT-04212 | 12/5 OZ STUFFED QUEEN OLIVES IN VERMOUTH 80/90 | 18.60 | 2,455.20 |
| 421 | TT-23012 | 12/9 OZ RED MARASCHINO CHERRY W/STALK, IN WHISKEY | 14.16 | 5,961.00 |
| 1,035 | TT-43206 | 6/1 OZ DOUBLE MARTINI ONIONS IN VERMOUTH 21/23 MM | 5.52 | 5,713.20 |
| 551 | TT-43212 | 12/5 OZ DOUBLE MARTINI ONIONS IN VERMOUTH 21/23 MM | 10.10 | 5,457.00 |
| | | ORDER WAS PICKED UP ON 11/05/2007 BY PINNACLE TRUCKING | | |

| **TOTAL SHIP** | Weight | 13,197.00 |
|---|---|---|
| 2,535 | Invoice Net Amount | 24,013.40 |
| | Freight | 0.00 |
| | | 24,013.40 |

WE ARE NOT RESPONSIBLE FOR LOSS OR DAMAGE TO MERCHANDISE AFTER IT HAS LEFT OUR PLANT, OR IN GOOD ORDER BY THE CARRIER. NO CLAIMS ALLOWED UNLESS MADE WITHIN FIVE DAYS AFTER RECEIPT OF GOOD. GOODS SHIPPED AT PURCHASER'S RISK WITHOUT INSURANCE. SELLER REPRESENTS THAT, WITH RESPECT TO THE PRODUCTION OF THE ARTICLES AND OR THE PERFORMANCE OF THE SERVICES COVERED BY THIS INVOICE, THEY HAVE BEEN FULLY COMPLIED WITH SECTION 12(A) OF THE FAIR LABOR STANDARD ACT OF 1938, AS AMENDED. 1 1/2% INTEREST PER MONTH (18% PER ANNUM) WILL BE CHARGED ON PAST DUE AMOUNTS.

SHIPPING ORDER

# *Paradise* PRODUCTS CORP.
## IMPORTERS AND PACKERS

Page # 2

ORDER # 122729

1080 LEGGETT AVENUE • BRONX, NY 10474

WWW.PARADISEPRODUCTSCORP.COM • PHONE: (718) 378-3554 • TOLL FREE: (800) 826-1235 • FAX: (718) 378-3521

| ORDER DATE | CUST. NO | YOUR ORDER NO. | SHIP VIA | SALESMAN | SHIP DATE | PICKER |
|---|---|---|---|---|---|---|
| 10/30/07 | 112612 | 11022007 | PICK UP | AMI SA | 10/30/07 | |

SOLD TO
SABLE & ROSENFELD FOODS, LTD.
131 AVENUE ROAD, SUITE 200
TORONTO, ONTARIO M5R 2H7
CANADA

SHIP TO
CDS
700 NESTLE WAY, SUITE 100
BRENINGSVILLE, PA 18031
GREG SAMUELS

| QUANTITY ORDERED | SHIPPED | STOCK NUMBER | DESCRIPTION | SUGGESTED RETAIL PRICE |
|---|---|---|---|---|
| 2635 4/5 | 2635 4/5 | | | |
| | | TOTAL CASES | | |
| | | TOTAL WEIGHT: 4445    25,350 | | |
| | | PICK UP EXPECTED ON - 11/02/2007. | | |
| | | CUSTOMER MUST CALL TO CONFIRM PICK UP DATE. | | |
| | | | 14 Pallets | |
| | | 11/5/07   Per John ship 1/8 4/24 white | | |
| | | Un labeles   1586 4s | | |

NO. PIECES 2635    SIGNATURE _____

TRUCK LICENSE _____

FACTORY COPY

WE ARE NOT RESPONSIBLE FOR LOSS OR DAMAGE TO MERCHANDISE AFTER IT HAS BEEN RECEIPTED FOR IN GOOD ORDER BY THE CARRIER.  NO CLAIMS ALLOWED UNLESS MADE WITHIN FIVE DAYS AFTER RECEIPT OF GOODS. GOODS SHIPPED AT PURCHASER'S RISK WITHOUT INSURANCE. SELLER REPRESENTS THAT, WITH RESPECT TO THE PRODUCTION OF THE ARTICLES AND/OR THE PERFORMANCE OF THE SERVICES COVERED BY THIS INVOICE, IT HAS FULLY COMPLIED WITH SECTION 12 (A) OF THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

SHIPPING ORDER

# Paradise PRODUCTS CORP.
## IMPORTERS AND PACKERS

WWW.PARADISEPRODUCTSCORP.COM • PHONE: (718) 378-3554 • TOLL FREE: (800) 826-1235 • FAX: (718) 378-3521

1080 LEGGETT AVENUE • BRONX, NY 10474

ORDER # 122729    Page # 1

| ORDER DATE | CUST. NO | YOUR ORDER NO. | SHIP VIA | SALESMAN | SHIP DATE | PICKER |
|---|---|---|---|---|---|---|
| 10/30/07 | 112612 | 11022007 | PICK UP | AMI SA | 10/30/07 | 1 |

SOLD TO:
SABLE & ROSENFELD FOODS, LTD.
131 AVENUE ROAD, SUITE 200
TORONTO, ONTARIO M5R 2H7
CANADA
Telephone: 416-929-4214

SHIP TO:
CDS
700 NESTLE WAY, SUITE 100
BRENINGSVILLE, PA 18031
GREG SAMUELS
Telephone 610-336-0500

| QUANTITY Ordered / Shipped | STOCK NUMBER | DESCRIPTION | SUGGESTED RETAIL PRICE |
|---|---|---|---|
| | | TIPSY BRAND | |
| 422 / 4/25 | TI-23012 | 12/9 OZ. RED MARASCHINO CHERRY W/STEM XL IN WHISKEY UPC# 0-49702-00009-1 BARCODE#1-00-49702-00009-8 USE SABLE & ROSENFELD BLACK CAPS 53MM. 8 OZ. PARAGON JAR. APPLY LABEL 1.5" FROM BOTTOM. PALLET: TI X 6 = 150 CASES | |
| 1408 / 10/35 | TI-42306 | 6/5 OZ. DOUBLE MARTINI ONIONS IN VERMOUTH 21/23 MM UPC# 0-49702-90013-3 CARTON BARCODE# 2-00-49702-90013-9 USE SABLE & ROSENFELD BLACK CAPS 53MM. 8 OZ. PARAGON JAR. APPLY LABEL 1.5" FROM BOTTOM. PALLET: TI X HI = 30 X 6 = 300 CASES | |
| 535 / 4/33 | TI-42312 | 12/5 OZ. DOUBLE MARTINI ONIONS IN VERMOUTH 21/23 MM UPC# 0-49702-90015-7 CARTON BARCODE#1-00-49702-90015-2 USE SABLE & ROSENFELD BLACK CAPS 53MM. 8 OZ. PARAGON JAR. APPLY LABEL 1.5" FROM BOTTOM. PALLET: TI X HI = 25 X 6 = 150 CASES | |
| 260 / 258 | TI-04206 | 6/5 OZ. STUFFED QUEEN OLIVES IN VERMOUTH 80/90 UPC# 0-49702-90014-0 CARTON BARCODE# 2-00-49702-90014-2 USE SABLE & ROSENFELD BLACK CAPS 53MM. 8 OZ. PARAGON JARS. APPLY LABEL 1.5" FROM BOTTOM. PALLET: TI X HI = 50 X 6 = 300 CASES | |
| 4650 / 13/2 | TI-04212 | 12/5 OZ. STUFFED QUEEN OLIVES IN VERMOUTH 80/90 UPC# 0-49702-90014-8 CARTON BARCODE#1-00-49702-90014-5 USE SABLE & ROSENFELD BLACK CAPS 53MM. 8 OZ. PARAGON JARS. APPLY LABEL 1.5" FROM BOTTOM. PALLET: TI X HI = 25 X 6 = 150 CASES | |
| 450 / 150 | TI-04112 | 12/229 mL STUFFED QUEEN OLIVES IN VERMOUTH 80/90 UPC# 0-49702-90014-8 BARCODE#1-00-49702-90014-5 USE SABLE & ROSENFELD BLACK CAPS 53MM. 8 OZ. PARAGON JAR. APPLY LABEL 1.5" FROM BOTTOM. PALLET: TI X 6 = 150 CASES | |

Pinnacle Tr. 53117

Continued on Next Page

WE ARE NOT RESPONSIBLE FOR LOSS OR DAMAGE TO MERCHANDISE AFTER IT HAS BEEN RECEIPTED FOR IN GOOD ORDER BY THE CARRIER. NO CLAIMS ALLOWED UNLESS MADE WITHIN FIVE DAYS AFTER RECEIPT OF GOODS SHIPPED. PURCHASER'S RISK WITHOUT INSURANCE. SELLER REPRESENTS THAT WITH RESPECT TO THE PRODUCTION OF THE ARTICLE AND/OR THE PERFORMANCE OF THE SERVICES COVERED BY THIS INVOICE, THEY HAVE BEEN COMPLIED WITH SECTION 12 (A) OF THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

TRUCK LICENSE _____    NO. PIECES _____    SIGNATURE _____

FACTORY COPY

ALPHA FILE COPY

# Paradise PRODUCTS CORP.

## IMPORTERS and PACKERS

1080 LEGGETT AVENUE • BRONX, NY 10474
WEBSITE: www.paradiseproductscorp.com • PHONE: (718) 378-3554 • TOLL FREE: (800) 826-1235 • FAX: (718) 378-3521

Page # 1

| INVOICE DATE | 11/08/07 |
| --- | --- |
| INVOICE NUMBER | 126517 |

| TERMS | NET 30 DAYS |
| --- | --- |

| SALESMAN | AMI SA |
| --- | --- |

| SHIPPED VIA: | PICK UP |
| --- | --- |

| CUST. NO. | 112612 |
| --- | --- |
| YOUR ORDER NO. | 1105200713341 |

**SHIP TO:**
SAUSALITO FOODS
1500 SABINE AVENUE
PORT ARTHUR, TX 77642

**FROM**
SARLE & ROSENFELD FOODS, LTD.
131 AVENUE ROAD, SUITE 200
TORONTO, ONTARIO M5R 2H7
CANADA

**ORDER** 122738

Telephone 416-920-4214

| QUANTITY SHIPPED | STOCK NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
| --- | --- | --- | --- | --- |
| 1,553 | 99-04212 | UNLABELED | | |
| | | 125 OZ STUFFED QUEEN OLIVES IN VERMOUTH | 18.60 | 28,885.80 |
| | | ORDER WAS PICKED UP ON: 11/08/2007 BY ONE STOP LOGISTICS | | |

| | | | | |
| --- | --- | --- | --- | --- |
| 1,553 | **TOTAL SHIP** | Weight 20,189.00 | | |
| | | Invoice Net Amount | | 28,885.80 |
| | | Freight | | 0.00 |
| | | **Invoice Total** | | **28,885.80** |

WE ARE NOT RESPONSIBLE FOR LOSS OR DAMAGE TO MERCHANDISE AFTER IT HAS BEEN DELIVERED IN APPARENT GOOD OR IN GOOD ORDER BY THE CARRIER. NO CLAIMS ALLOWED UNLESS MADE WITHIN FIVE (5) DAYS AFTER RECEIPT OF GOODS. GOODS SHIPPED AT PURCHASER'S RISK. PERFORMANCE OF ALL SERVICES COVERED BY THIS INVOICE. THIS INVOICE. IT HAS FULLY COMPLIED WITH SECTION 12(A) OF THE FAIR LABOR STANDARD ACT OF 1938

SHIPPING ORDER

# Paradise IMPORTERS AND PACKERS CORP.

ORDER #.122729-1

SO # 122738

1080 LEGGETT AVENUE • BRONX, NY 10474

WWW.PARADISEPRODUCTSCORP.COM • PHONE: (718) 378-3554 • TOLL FREE: (800) 826-1235 • FAX: (718) 378-3533

| ORDER DATE | CUST. NO. | YOUR ORDER NO. | SHIP VIA | SALESMAN | SHIP DATE | PICKER |
|---|---|---|---|---|---|---|
| 10/30/07 | 112612 | 11052007-BS(2) | PICK-UP Colonial TR. | AML-SA | 11/07/07 | |

SOLD TO:
SABLE & ROSENFELD FOODS,LTD.
131 AVENUE ROAD,SUITE 200
TORONTO,ONTARIO M5R 2H7
CANADA
TEL: 416929 4214

SHIP TO:
SAUSALITO FOODS
1500 SABINE AVE.
PORT ARTHUR,TX.77642

| QUANTITY ORDERED | SHIPPED | STOCK NUMBER | DESCRIPTION | SUGGESTED RETAIL PRICE |
|---|---|---|---|---|
| 1553 | cases | TI-04212 | UNLABELED<br>12/5 oz. STUFFED QUEENS OLIVES IN VERMOUTH<br>10 pallets 150 cases per pallet<br>1pallet 53 cases<br><br>Total weight; 19,500 lb. | |

11-8-07

One stop Logistics
Abell

NO. PIECES 1553

TRUCK LICENSE AK-791E   N J

FACTORY COPY    SIGNATURE

WE ARE NOT RESPONSIBLE FOR LOSS OR DAMAGE TO MERCHANDISE AFTER IT HAS BEEN RECEIPTED FOR IN GOOD ORDER BY THE CARRIER. NO CLAIMS ALLOWED UNLESS MADE WITHIN FIVE DAYS AFTER RECEIPT OF GOODS. GOODS SHIPPED AT PURCHASER'S RISK WITHOUT INSURANCE. SELLER REPRESENTS THAT WITH RESPECT TO THE PRODUCTION OF THE ARTICLE AND/OR THE PERFORMANCE OF THE SERVICES COVERED BY THIS INVOICE, IT HAS FULLY COMPLIED WITH SECTION 12 (A) OF THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.