UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
PARADISE PRODUCTS, CORP.,                  :     Index No. 08 CV 00069

              Plaintiff,                    :     **RULE 7.1 STATEMENT**

- against -                                :

SABLE & ROSENFELD FOODS, LTD.              :

              Defendant.                    :
-------------------------------------------------------------X

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for a private (non-governmental) party certifies that Plaintiff Paradise Products, Corp. has no corporate or other parents, subsidiaries, or affiliates, the securities or other interests which are publicly held.

Dated: New York, New York
       January 4, 2008

                                  KANE KESSLER, P.C.

                                  By: _____
                                      Jeffrey H. Daichman (JD-8802)
                                      Gillian Overland (GO-7300)
                               Attorneys for Plaintiff
                               1350 Avenue of the Americas
                               New York, New York 10019
                               (212) 541-6222

#280814.1