**MEMO ENDORSED**

## KANE KESSLER, P.C.

1350 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-4896
(212) 541-6222
FAX: (212) 245-3009
WWW.KANEKESSLER.COM

NEW JERSEY OFFICE
CONTINENTAL PLAZA
433 HACKENSACK AVENUE
HACKENSACK, N.J. 07601-6319
(201) 487-2828
FAX: (201) 487-3776

WRITER'S DIRECT NUMBER

(212) 519-5142
jdaichman@kanekessler.com

May 20, 2008

THOMAS A. KANE (1928-1977)
SIDNEY S. KESSLER (1938-1986)

DARREN S. BERGER†
ADAM M. COHEN
STEVEN E. COHEN
JEFFREY H. DAICHMAN
ERIC P. GONCHAR
ARIS HAIGIAN
MITCHELL D. HOLLANDER
S. REID KAHN**
ROBERT L. LAWRENCE
RONALD L. NURNBERG*
ARTHUR M. ROSENBERG†
DAVID R. ROTHFELD
JUDITH A. STOLL
DANA M. SUSMAN†
JEFFREY S. TULLMAN

JOSEPH NURNBERG (RETIRED)

ALSO ADMITTED
FLA. BAR*
N.J. BAR†
N.J. AND D.C. BAR**

STEPHEN STEINBRECHER
SENIOR COUNSEL

PETER R. HERMAN
ROBERT KOLODNEY
ROBERT L. SACKS
BRUCE M. SCHLOSS
PAUL E. SZABO∞
COUNSEL

MICHAEL A. ZIMMERMAN
OF COUNSEL

GARY E. CONSTABLE†
LAUREN M.K. DAYTON
PIERRE E. DEBBAS
NIKI J. FRANZITTA
ARI M. GAMSS
BRENDAN P. McFEELY
ETHAN O. NOTKIN
GARY E. OSTROFF
GILLIAN OVERLAND†
TORAL PATEL
MICHAEL J. ROMER
ADAM E. SCHWARTZ†
LOIS M. TRAUB
JOSEPH J. VENTIMIGLIA
JONATHAN A. ZALKIN

ADMITTED ONLY IN OHIO∞

**BY FEDERAL EXPRESS**

Hon. Leonard B. Sand
United States District Court
Southern District of New York
500 Pearl Street, Room 1650
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-21-08

> Re: Paradise Products Corp. v. Sable & Rosenfeld Foods, Ltd.
> **08 Civ. 0069 (RBS)(AJP)**

Dear Judge Sand:

Pursuant to the Court's direction during the conference held in Chambers on May 7, 2008, counsel for both parties respectfully submit this joint letter setting forth the following proposed schedule for further proceedings in this case:

| | |
|---|---|
| **July 9, 2008** | initial disclosures exchanged pursuant to Rule 26(a)(1) |
| **July 11, 2008** | parties to serve any document requests or interrogatories |
| **August 11, 2008** | responses to document requests and interrogatories |
| **September 19, 2008** | completion of fact discovery |
| **September 26, 2008** | exchange of expert reports |
| **October 27, 2008** | expert response to expert reports |

#289545.1



KANE KESSLER, P.C.

Hon. Leonard B. Sand
May 20, 2008
Page 2

**November 28, 2008**   expert discovery concluded

**December 5, 2008**    deadline for dispositive motions

The parties do not request any alterations to the limitations on depositions contained in the Federal Rules.

This letter is written jointly on behalf of both parties and reflects the agreement of both parties. If the Court requires anything further, feel free to contact us.

Respectfully submitted,

Jeffrey H. Daichman

cc:   Susan I. Robbins, Esq. (by fax)

*Granted,
So ordered
Sand
USDJ
5/20/08*

**MEMO ENDORSED**

#289545.1