Susan I. Robbins (SR 5759)
MILLER, CANFIELD, PADDOCK AND STONE P.L.L.C.
500 Fifth Avenue, Suite 1815
New York, New York 10110
(212) 704-4400

Attorneys for the Defendant
SABLE & ROSENFELD FOODS, LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PARADISE PRODUCTS, CORP.,

                Plaintiff,

   -against-

SABLE & ROSENFELD FOODS, LTD.,

                Defendant.
-----------------------------------------------------------------X

Civil No. 08 CV 0069 (RBS)

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, counsel for the Defendant, Sable & Rosenfeld Foods, Ltd., (a private non-governmental party), certifies that there are not any corporate parents, affiliates and/or subsidiaries of the Defendant which are publicly held.

Dated: New York, New York
       May 21, 2008

                            MILLER, CANFIELD, PADDOCK
                            and STONE P.L.L.C.

                            By: _____
                            Susan I. Robbins (SR 5759)
                            Attorneys for the Defendant
                            500 Fifth Avenue, Suite 1815
                            New York, New York  10110
                            Telephone: (212) 704-4400
                            Facsimile: (212) 704-4410

TO:    Kane Kessler, PC
        Attorneys for Plaintiff
        1350 Avenue of the Americas
        New York, New York  10019
        (212) 541-6222

NYLIB:47875.1\136735-00001

3