UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: _7/1/08_

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PARADISE PRODUCTS CORP.,                    :

                    Plaintiff,              :          08 Civ. 0069 (AJP)

          -against-                         :          ORDER SCHEDULING
                                                       STATUS CONFERENCE
SABLE & ROSENFELD FOODS, LTD.,              :

                    Defendant.              :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ANDREW J. PECK, United States Magistrate Judge:**

          IT IS HEREBY ORDERED that a status conference is scheduled for August 5,

2008 at 3:30 p.m. before the undersigned in Courtroom 20D (500 Pearl Street).

          Counsel are advised that my chambers (Room 1370, 500 Pearl Street) are to be

provided with a courtesy copy of all papers hereafter filed with the Court.   The parties are to

follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which is

attached.

          SO ORDERED.

Dated:        New York, New York
              July 1, 2008

                                            _____
                                            Andrew J. Peck
                                            United States Magistrate Judge

Copies **by fax & ECF** to:     Jeffrey H. Daichman, Esq.
                                Susan I. Robbins, Esq.

C:\ORD\Order Scheduling Status Conference