USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-1-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

PARADISE PRODUCTS CORPORATION

                Plaintiff(s),

- against -

SABLE & ROSENFELD FOODS, LTD.

                Defendant(s).
----------------------------------------x

CONSENT TO PROCEED BEFORE
UNITED STATES MAGISTRATE JUDGE

08  Civ.  0069  (LBS)

IT IS HEREBY STIPULATED by the undersigned:

    1. All parties consent, pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, that a United States Magistrate Judge conduct all further proceedings in this action, including any trial and entry of final judgment.

    2. Any appeal from a judgment entered in this case will lie to the Court of Appeals for the Second Circuit as from any other judgment of the district court pursuant to 28 U.S.C. § 636(c)(3) and Fed. R. Civ. P. 73(c).

KANE KESSLER, P.C.

By _____
Lauren M. Dayton, Esq. (LMD-9291)

Attorney(s) for  Plaintiff
Address  Avenue of the Americas, NY, NY 10019
Telephone  (212) 541-6222

MILLER, CANFIELD, PADDOCK & STONE PLLC

By _____
Susan Robbins, Esq. (SR 5759)

Attorney(s) for  Defendant
Address  500 5th Avenue, Suite 1815, NY, NY 10110
Telephone  (212) 704-4407

(Separately executed forms may be submitted. See Fed. R. Civ. P. 73(b).)

7/1/08
SO ORDERED.

_____ U.S.D.J.

Magistrate Judge Peck was assigned this case on _____

SDNY Web 4/99

For:  Clerk U.S.D.C. S.D.N.Y.